IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-303-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COURTNEY DANIEL DAVIS, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motion for compassionate release under the First Step Act [D.E. 70]. The response is due not later than October 9, 2020.

SO ORDERED. This 2 2 day of September 2020.

JAMES C. DEVER III
United States District Judge