IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-303-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COURTNEY DANIEL DAVIS, | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response [D.E. 74], the court DENIES as meritless defendant's motion for reduction of sentence [D.E. 71].

SO ORDERED. This 1 day of February 2021.

JAMES C. DEVER III
United States District Judge